PROVIDED TO LAWTEY CI
ON 05/10/18 FOR MAILING.
DD / MO / YR
BY: [initials]
OFFICERS AND INMATES INITIALS

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

EMMANUEL VELAZQUEZ,

Inmate # O-C02674
(Enter full name of Plaintiff)

vs.

CASE NO: 3:18cv2193 MCR/EMT (so far unknown)
(To be assigned by Clerk)

GULF CORRECTIONAL
INSTITUTION-ANNEX, et al.,
_____,
_____,
_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

FILED USDC FLND PN
OCT 29 '18 PM 2:08

**I.  PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Emmanuel Velazquez
Inmate Number: C02674
Prison or Jail: Lake Correctional Institution
Mailing address: 19225 U.S. HWY 27
Clermont, FL 34715-9025

**II.  DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: "John Doe" (from December 2, 2017, incident)
    Official position: F.D.C. Officer
    Employed at: Gulf Correctional Institution-Annex
    Mailing address: 699 Ike Steele RD
    Wewahitchka, FL 32465

(2) Defendant's name: "John Doe" (from December 2, 2017, incident)
    Official position: F.D.C. Officer
    Employed at: Gulf Correctional Institution-Annex
    Mailing address: 699 Ike Steele RD
    Wewahitchka, FL 32465

(3) Defendant's name: "John Doe" (from December 11, 2017, incident)
    Official position: F.D.C. Officer
    Employed at: Gulf Correctional Institution-Annex
    Mailing address: 699 Ike Steele RD
    Wewahitchka, FL 32465

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

III. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

IV. **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1. Parties to previous action:
   (a) Plaintiff(s): N/A
   (b) Defendant(s): N/A
2. Name of judge: N/A   Case #: N/A
3. County and judicial circuit: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A
7. Facts and claims of case: N/A

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): N/A
   b. Defendant(s): N/A
2. District and judicial division: N/A
3. Name of judge: N/A   Case #: N/A
4. Approximate filing date: N/A
5. If not still pending, date of dismissal: N/A
6. Reason for dismissal: N/A

3

7. Facts and claims of case: N/A _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( ✓ )          No( )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action: (appeal from dismissal below) - [Part D]
   a. Plaintiff(s): Secretary, Department Of Corrections, et al,
   b. Defendant(s): Emmanuel Velazquez
2. District and judicial division: U.S. Court Of Appeals for the Eleventh Circuit
3. Name of judge: (so far unknown)     Case #: 17-12127-F
4. Approximate filing date: May 11, 2017
5. If not still pending, date of dismissal: (still pending before the court)
6. Reason for dismissal: (still pending)
7. Facts and claims of case: Defendant scored out to 98.6 months in prison, but was vindictively sentenced to 240 months for proceeding to a jury trial,

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( ✓ )          No( )

1. Parties to previous action: (appealed to action above) - [Part C]
   a. Plaintiff(s): Secretary, Department Of Corrections, et al,
   b. Defendant(s): Emmanuel Velazquez
2. District and judicial division: Middle District Of Florida, Orlando Division
3. Name of judge: John Antoon II    Case Docket # 6:15-cv-846-Orl-28KRS
4. Approximate filing date: May 20, 2015   Dismissal date: April 27, 2017
5. Reason for dismissal: Defendant failed to make a substantial showing of the denial of a constitutional right,

4

6. Facts and claims of case: <u>Defendant was vindictively sentenced for exercising his constitutional right to a jury trial, and received more than double the amount of time from the plea offer.</u>

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

(1) First incident: On December 2, 2017, at about 10:00 P.M. I was in the second shower of the first tier inside P-dorm, quad-3, of Gulf Correctional Institution-Annex. At this time I was undergoing a psychological crisis and swallowed a razor blade. The Officers present in the dorm called Medical Staff and the Officer In Charge of the shift was informed. Once aware of the critical situation the O.I.C. called-in a transport van to take me to an outside hospital for emergency medical treatment. I was handcuffed behind my back and shackled, then I was being escorted towards the front of the institution where the transport van was waiting on me. But instead of taking me to the van Officer "John Doe" and the other Officer "John Doe" escorted me to the Medical Building to "clean me up first" as they put it. Both of these Officers had their name tags and I.D.s obscured from view so I never got their names, but there is overwhelming video footage of the incident. Getting escorted inside of Medical you can clearly see a normal operation. Nothing out of the ordinary. Inside the first Medical assessment room to the left there were two female Nurses, Nurse "Jane Doe" and Nurse "Jane Doe", since their I.D.s were hidden from reasonable view as well. The two Nurses started asking me questions then suddenly out of nowhere one of the Officers burst towards me and tackled me on top of a table with Medical supplies which went scattering and clattering. On hearing and seeing the violent commotion the Nurses bolted out of the room, and I thought to myself, "Oh, God! Where is the help?" The Officer jacked me up by my shirt and began accusing me, cursing at me, and making racist comments.

5

## V. STATEMENT OF FACTS:

He finally let go of me and I stood up on the ground still handcuffed and shackled. Now both Officers started to belittle my mental health and make inappropriate jokes about my psycological issues. As they commentated unproffesionally back and forth to me the other Officer sneakally side-stepped to my right and blindsided me with a sucker punch to the rear right side of my head which knocked me out cold and left me unconscious. I don't know what came next. I could've got hit one, ten, or a hundred times more. Some time later I became conscious again with painful headaches and noticed blood pouring from my right ear. I also realized that one of the Officers had metal rings on his fingers, apparently to inflict further pain. My transport van to the hospital was cancelled, and I was getting escorted to S.H.O.S. cell R-211ss. While in the hallway of the Medical Building the Officer who initially knocked me unconscious began bolstering and taking credit stating, "I got me one! I got me one! I got me a knock out." But I was still disoriented and weary. The cameras in Medical with the cameras in cell R-211ss will reveal my bleeding wound from a severely lacerated ear. When the shackles and handcuffs were removed from my person the two Officers threatened me some more with greater punishments. The aggravated assault occurred at about 11:00 P.M. While I was in the S.H.O.S. (self-harm observation) cell I complained to every single staff member that came near my cell about my injuries and that I need Medical care. My ear was still bleeding hours later, and it only would stop bleeding when the blood congielled itself and clotted. On December 4, 2017, I was discharged from the S.H.O.S. cell. I suffered deliberate indifference at the hands of Medical because Nurse "Jane Doe" and Nurse "Jane Doe" knew, being that they were eyewitnesses, that Officer "John Doe" and Officer "John Doe" did something overly cruel and unusual and their actions were extremely evil and malicious with intentions to cause me great bodily harm. Now I have a permanent scar on my right ear, and I still suffer head and neck pains. On the second week of December 2017 I was placed on the Call-Out after filing a Sick-Call complaining about these injuries. The Medical evaluation I received was inadequate, and my injuries were still not treated. No relief. (second incident on Page 6A)

## V. STATEMENT OF FACTS:

② Second incident: On December 11, 2017, at about 3:00 P.M. I was in the lobby of the Medical Building of Gulf Correctional Institution-Annex. At this time I had a folded love letter which I slid under the Dental Department's door to the Dental Assistant Ms. Owens. As soon as she opened that letter and realized I was in love with her Ms. Owens informed the Officers in Medical and I got handcuffed for attempting to establish a personal relationship with a staff member. I was pre-confined with an assessment right there and then, inside the Medical Building. Once I got escorted to the Center Gate section in the middle of the compound I was halted there at about 4:00 P.M. Officers began gathering to read my "love letter" and make jokes and comments to wit: "This guy's very creative,"; "Man, you gotta read this guy's note." One Officer "Jane Doe" asked me, "Were you in love, inmate?" And I replied, "I thought I was...." Then all the Officers started laughing except one, Officer "John Doe" the one who aggravatedly assaulted me on this date. He kept interrogating me about the letter, and I just said, "I don't know what I was thinking. I shouldn't have wrote it." It was clear to me that he had obvious emotional feelings about the Dental Assistant I gave the letter to. Officer "John Doe" showed signs of jealousy over the Shakespearean love words I had wrote her. He forced me into the Officer's Station inside the Center Gate section. Again Officer "John Doe" badgered me about the letter then turned around. His back was facing me while I was handcuffed behind my back, and without any warning he swiftly roundhouse, closed, balled-up fist punched me between the eyes. At the time I was 5'9" tall and weighed 140 pounds, while Officer "John Doe" was maybe 6'3" tall and weighed about 240 pounds. So he was easily a half foot taller than me and weighed probably 100 more pounds than me. When he struck me my face exploded with agony: My nose got broken, teeth got broken, bridge of my nose was lumped up, eyes were swollen and bruised, blurry vision, seeing black spots, and more head and neck aches. I was hindered from any type of Medical care. Officer "John Doe" yelled at me to stop bleeding in his Officer's ■■■■ Station" or more damage will be done. My broken nose was bleeding non-stop and uncontrollably. I had blood all on my

6-A₁

V. STATEMENT OF FACTS:
face, all over my shirt. Just like that I was escorted to confinement, P-dorm, quad-3. No Medical attention. The sallyport and wing cameras will show the extent of my harmful injuries. I was placed in the second shower on the first tier of P-3. Once Officer "John Doe" took the handcuffs off me he demanded my bloody shirt and he discarded it, possibly to hide evidence, then left. Then the confinement Officers placed me in cell P2-103. The entire time I declared to be seen by Medical, but was denied. The Officers in confinement merely gave me some paper towels and stated, "Try to clean up. I'm going to get you some soap to wash the blood." And not even the soap I received. From then on I tried to ask any staff member for some Medical assistance, but to no avail. My teeth are permanently broken, my nose is damaged, I see black spots, and I still got head and neck pains. Not to mention the mental and emotional trauma and distraughtness. I'll never be the same person physically, mentally, and emotionally again. I was assaulted twice in nine days, and both times the Officers at Gulf C.I.-Annex had intentions to cause great bodily harm, which they had succeeded in since it is a fact that on both personal injury incidents I suffered permanent physical damage. And not once was there a proper bodily diagram conducted to record the extent of my injuries. The Nurses were well aware of both assaults, so that should reflect deliberate indifference stemming from the cruel and unusual punishment that was inflicted on me with no justifiable reason whatsoever. On January 17, 2018, I went to speak with Mental Health Staff at about 2:00P.M. And on January 19, 2018, I got an interview by an Assistant Inspector General at about 10:00 A.M. Both, on these two January 2018 dates, were to discuss the two assaults of December 2017. The Mental Health and Inspector General call-outs were held in the back room inside the sallyport of P-dorm, and both times Officer "John Doe" from the December 11, 2017, assault was present and was intimidating me with threats through his body gestures. The video cameras will show that, as well as the assaults. I've filed numerous administrative grievances.

6-A II

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① Amendment I (1791): Because when I tried to speak with Mental Health and Inspector General one of the Officers who assaulted me was intimidating me with his body language to stop my right to complain about the assaults.

② Amendment V (1791): Because on the December 11, 2017, assault I was put in jeopardy "three" times depriving me of life, open population, and property. I was struck to the point my nose and teeth got broken, I got placed in confinement, and a lot of my property came up "missing."

③ Amendment VIII (1791); & XIV (1868): Because I was cruelly & unusually physically beaten twice in nine days; and these punishments violated being treated equally.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

For the December 2, 2017, incident I'm seeking $40,000; and 48 months to be reduced from my sentence; as compensation for punitive damages. For the December 11, 2017, incident I'm seeking $40,000; and 48 months to be reduced from my sentence; as compensation for punitive damages. In all I seek $80,000; and 96 months to be reduced from my sentence; for both incidents.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

October 5, 2018
(Date)

Emmanuel Velazquez
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing ~~or ☐ deposited in the prison's internal mail system~~ on: the 5th day of October, 2018.

Emmanuel Velazquez
(Signature of Plaintiff)

Revised 03/07

7

Emmanuel Velazquez C02674
Lake Correctional Institution
19225 U.S. HWY 27
Clermont, FL 34715-9025

PROVIDED TO LAKE C.I.
ON 05/10/18
BY: MO AB
FOR MAILING.
OFFICERS AND INMATES INITIALS

OCT 29 2018

U.S. District Court
Clerk Of The Court
30 Government Street
Panama City, FL 32401-2758



LEGAL MAIL