UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMMANUEL VELAZQUEZ,**
**DC# C02674,**
    **Plaintiff,**

v.                       **CASE NO.: 3:18-cv-2193-MCR/EMT**

**OFFICER REGINALD CROMARTIE,**
    **Defendants.**
_____/

## NOTICE OF SETTLEMENT

Defendant, through undersigned counsel and pursuant to the Court's local rule, provide notice that the case has settled. Specifically, Defendant states as follows:

According to the Court's local rule, each attorney of record must notify the Court when a civil case is settled. N.D.Fla. Local Rule 16.2. Undersigned counsel for the defendant negotiated a written settlement with Plaintiff, a pro se incarcerated inmate, in this case, and the parties initiated steps for the settlement documentation to be processed through the Florida Department of Financial Services. Undersigned counsel files this notice on behalf of both parties to inform the Court of the settlement in the interim until the settlement is finalized.

.

Respectfully submitted,

**ASHLEY MOODY
ATTORNEY GENERAL**

/s/ Lori Huskisson
_____

**Lori Huskisson, Esquire
Senior Assistant Attorney General**
Florida Bar No. 845531
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Lori.Huskisson@myfloridalegal.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

**I hereby certify** that the foregoing *Notice of Settlement* was electronically filed through the CM/ECF system and has been furnished by U.S. Mail to **Emmanuel Velazquez, DC# C02674**, Santa Rosa Correctional Institution Annex, 5850 East Milton Road, Milton, Florida 32583-7914, on this 4th day of March, 2021.

/s/ Lori Huskisson
Lori Huskisson, Esq.
Senior Assistant Attorney General
Counsel for Defendant