UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL VELAZQUEZ,
        Plaintiff,

vs.                                          Case No.:  3:18cv2193/MCR/EMT

OFFICER REGINALD CROMARTIE,
        Defendant.
_____/

## REPORT AND RECOMMENDATION

The district judge referred this matter to the undersigned to conduct an evidentiary hearing and any other required proceedings and to enter a report and recommendation on disposition of Defendant's Motion to Enforce Settlement Agreement (*see* ECF No. 65).

On April 12, 2021, the undersigned conducted a telephonic cases management conference.  Present for the conference were Plaintiff Velazquez and Defendant's counsel and paralegal, Attorney Lori Huskisson, Attorney Kristen Lonergan, and Paralegal Aman Dhaliwal.  Following a discussion of matters relevant to an evidentiary hearing, Plaintiff determined he did not wish to proceed with an evidentiary hearing and instead wished to abide by the terms of the negotiated settlement.

Because Plaintiff no longer opposes enforcement of the parties' settlement agreement, the undersigned **RECOMMENDS** that:

Defendant's Motion to Enforce Settlement Agreement (ECF No. 64) be **GRANTED**.

At Pensacola, Florida, this 12th day of April 2021.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:18cv2193/MCR/EMT