UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMMANUEL VELAZQUEZ,

    Petitioner,

v.                              CASE NO. 3:18cv2193-MCR-EMT

OFFICER REGINALD CROMARTIE,

    Respondent.
_____/

# O R D E R

The chief magistrate judge issued a Report and Recommendation on April 12, 2021. ECF No. 69. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation, ECF No. 69, is adopted and incorporated by reference in this Order.

2.      Defendant's Motion to Enforce Settlement Agreement, ECF No. 64, is **GRANTED**.

**DONE AND ORDERED** this 10th day of June 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**